IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LLOYD THORNBURG, #66295                                                         PETITIONER

VERSUS                                                        CIVIL ACTION NO.  5:06cv172DCB-MTP

ADAMS COUNTY and BARBARA TYLER                                         RESPONDENTS

**FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the   20th   day of June, 2007.


                                                           s/ David Bramlette
                                                    UNITED STATES  DISTRICT JUDGE